No. 98–1014. AIRBUS INDUSTRIE ET AL. *v.* LINTON ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 98–1016. DAVID B. ET AL. *v.* MCDONALD, DIRECTOR, ILLI-NOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1019. JAISINGHANI *v.* CAPITAL CITIES/ABC, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1021. HECKMAN *v.* UGI UTILITIES, INC. Super. Ct. Pa. Certiorari denied.

No. 98–1023. PHELPS *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 98–1027. WINGS, AKA L & L WINGS, INC. *v.* TWO'S COM-PANY. C. A. 11th Cir. Certiorari denied.

No. 98–1029. SPENCER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1030. RUSSELL ET AL. *v.* BURRIS, CHAIRPERSON, AR-KANSAS ETHICS COMMISSION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–1031. BIERI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–1032. CHI-MING CHOW *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1038. LARSEN *v.* AFFLERBACH ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1040. ARKANSAS RIGHT TO LIFE STATE POLITICAL AC-TION COMMITTEE ET AL. *v.* BUTLER, STATE ATTORNEY, BENTON COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–1043. COLVIN *v.* NATIONAL AUTOMOTIVE PARTS ASSN. ET AL. C. A. Fed. Cir. Certiorari denied.